UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-0113 (PJS/TNL) |
| Plaintiff, | |
| v. | ORDER |
| CORTEZ HOLLIS, | |
| Defendant. | |

Robert M. Lewis, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Patrick A. Mullin and Catherine L. Turner, for defendant.

This matter is before the Court on defendant Cortez Hollis's objection to the July 26, 2024 Report and Recommendation ("R&R") of Magistrate Judge Tony N. Leung.  Judge Leung recommends denying Hollis's motion to suppress.  The Court has conducted a de novo review.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3).  Based on that review, the Court overrules Hollis's objection and adopts the R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Defendant's objection to the R&R [ECF No. 59] is OVERRULED.

2. The Report and Recommendation [ECF No. 57] is ADOPTED.

3. Defendant's motion to suppress [ECF No. 34] is DENIED.

Dated: September 10, 2024               s/Patrick J. Schiltz
                                        Patrick J. Schiltz
                                        United States District Judge